**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


Charles Iryzarry

    v.                                    Civil No. 11-cv-202-PB

Stephen Church, Superintendent,
Rockingham County Department
of Corrections, et al.


**O R D E R**

On December 21, 2011, this court issued a report and
recommendation (doc. no. 8) and order to amend (doc. no. 9) in
this case.  The report and recommendation (doc. no. 8)
recommended that all but one claim in the complaint (doc nos. 1
and 3) be dismissed, and provided Iryzarry with fourteen days in
which to object to that recommendation.  The order to amend
(doc. no. 9) directed Iryzarry within thirty days to name a
defendant to his claim alleging that he was denied adequate
mental health care.  Iryzarry has neither objected to the report
and recommendation nor filed any request to amend his complaint.

Upon reviewing the docket, the court notes that the docket
contains no docket entry documenting that the report and
recommendation and order were in fact mailed to Iryzarry.

To insure that Iryzarry has received copies of those
documents, the Clerk's office is directed to send Iryzarry a
copy of the report and recommendation (doc. no. 8) and the order

to amend (doc. no. 9).  The deadlines in the report and
recommendation (14 days to object) and the order (30 days to
amend the complaint) are extended to run from the date of this
order.

 SO ORDERED.

            _____
            Landya McCafferty
            United States Magistrate Judge

February 9, 2012

cc:  Charles Iryzarry, pro se

LBM:jba