UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>Charles Iryzarry</u>

   v.                                                  Civil No. 11-cv-202-PB

<u>Stephen Church, Superintendent,</u>
<u>Rockingham County Department</u>
<u>of Corrections, et al.</u>


**O R D E R**

On December 21, 2011, this court issued a report and recommendation (doc. no. 8) and order to amend (doc. no. 9) in this case.  The report and recommendation (doc. no. 8) recommended that all but one claim in the complaint (doc nos. 1 and 3) be dismissed, and provided Iryzarry with fourteen days in which to object to that recommendation.  The order to amend (doc. no. 9) directed Iryzarry within thirty days to name a defendant to his claim alleging that he was denied adequate mental health care.  Iryzarry has neither objected to the report and recommendation nor filed any request to amend his complaint.

Upon reviewing the docket, the court notes that the docket contains no docket entry documenting that the report and recommendation and order were in fact mailed to Iryzarry.

To insure that Iryzarry has received copies of those documents, the Clerk's office is directed to send Iryzarry a copy of the report and recommendation (doc. no. 8) and the order

to amend (doc. no. 9).  The deadlines in the report and recommendation (14 days to object) and the order (30 days to amend the complaint) are extended to run from the date of this order.

    SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

February 9, 2012

cc:   Charles Iryzarry, pro se

LBM:jba