UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Charles Iryzarry</u>

        v.                     Case No. 11-cv-202-PB

<u>Stephen Church, Superintendent, et al</u>

<u>O R D E R</u>

The plaintiff has failed to comply with Magistrate Judge Landya McCafferty's Orders dated December 21, 2011 and February 9, 2012, accordingly, the complaint is dismissed without prejudice.

SO ORDERED.

March 28, 2012                            /s/ Paul Barbadoro
                                               Paul Barbadoro
                                               United States District Judge

cc:    Charles Iryzarry, Pro se